# UNITED STATES DISTRICT COURT

_____DISTRICT OF_____MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

JAVIER NAVARRO
RENIEL SILVA-LAZCANO
DAVID PACHECO-GRAGEDA
PABLO B. RODRIGUEZ

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 04M-1014-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **September 1, 2000 through February 12, 2001** in **Suffolk** county, in the District of **Massachusetts**, and in Tucson, Arizona in the Southern District of Arizona, and elsewhere, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally conspire between and among themselves and with others to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance,

in violation of Title __21__ United States Code, Section(s) __846 and 841 (a)(1)__.

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following facts:
                                        Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_Donald A. Lenzie_ (signature)
Signature of Complainant
**DONALD A. LENZIE**
Special Agent
Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence,

March 11, 2004                at          Boston, Massachusetts
Date                                       City and State

                                           _Judith Gail Dein_ (signature)
_____           Signature of Judicial Officer
Name and Title of Judicial Officer
**JUDITH G. DEIN**
**UNITED STATES MAGISTRATE JUDGE**