AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**RENIEL SILVA-LAZCANO**

WARRANT FOR ARREST
Case Number: 04M-1014-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RENIEL SILVA-LAZCANO**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH (brief description of offense)

knowingly and intentionally conspiring between and among themselves and with others to possess with intent to distribute and to distribute a quantity of marijuana, a Schedule I controlled substance,

in violation of Title 21 United States Code, Section(s) 846.

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

March 11, 2004 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

WARRANT EXECUTED BY PCA Arizona

| DATE RECEIVED | NAME AND TITLE OF ARREST/ARRAIGNMENT OFFICER DEFENDANT ON 4/19/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |