# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ V.S. _____

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Reniel Silva**

1. ☐ Defendant — Adult
2. ☐ Defendant — Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS:
Magistrate: 04m-1014-JGD
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Cien Años, La Cañada, Oro Valley, AZ
(also) Excel Staffing Services, Pennsylvania Dr., Tucson, AZ

IF YES, how much do you earn per month? $1,600
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No  N/A
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $240  SOURCES: self-employment

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 1,000  DESCRIPTION: Car - Honda Accord 1985

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
- Rocio Vega (girlfriend)
- Reniel Silva (son)
- Arcelly Silva (daughter)

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | | $450 |
| Hospital Bill | | $10,000 | $50 |
| Other house Bills | | | $100 |
| Food | | | $200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 4/16/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ R. Silva