# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

*[FILED CLERK'S OFFICE stamp: APR 12 P 4:51 DISTRICT COURT OF MASS.]*

April 7th, 2004

United States District Court
One Courthouse Way
Boston, MA 02210-3002

RE: USA V Reniel Silva-Lazcano
Our Magistrate Case No. 04-1804M
Your Case No. 04M-1014-JG

In connection with the above-entitled removal proceedings, enclosed herewith are the following:

1. Certified copy of the docket sheet
2. Copy of Warrant for Arrest paperwork
3. Certified copy of minute entry of 3/19/04, 3/23/04, 3/30/04
4. Financial Affidavit
4. Certified copy of Waiver of Rule 40 Hearings
5. Commitment to Another District

Please acknowledge receipt of same on the copy of this letter and return to this office for filing.

RICHARD H. WEARE, CLERK

By: *[signature]*
Rose Chavez, Deputy Clerk

cc: USA, Tucson
    USA, Massachusetts
    Cnsl for dft, Sean Bruner
    Judge, JCC

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

```
                        U.S. District Court                    CLOSED
      U.S. District Court for the District of Arizona (Tucson)

             CRIMINAL DOCKET FOR CASE #: 04-M -1804-ALL
```

USA, et al v. Silva-Lazcano
Dkt# in other court: None

Filed: 03/19/04

Case Assigned to: Mag Judge James C Carruth

RENIEL SILVA-LAZCANO (1)
    dft

    Sean H Bruner, Esq
    FAX (520)622-1094
    [COR LD NTC ret]
    Bruner & Upham PC
    PO Box 591
    Tucson, AZ 85702
    (520) 624-8000

    Michael Paul Patrick Simon
    FAX (520)879-7600
    [COR LD NTC pda]
    Federal Public Defender
    407 W Congress St
    Ste 501
    Tucson, AZ 85701-1310
    (520)879-7500

Pending Counts:

    NONE

I hereby attest and certify on 4/7/04 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

Terminated Counts:

    NONE

Disposition

Complaints

CT1: Knowingly and
Intentionally conspiring
between and     among
themselves and with others to
possess with intent to
distribute and to distribute a
quantity of Marijuana a
Schedule I Controlled
Substance. Warrant from the
District   of Massachusetts.

Docket as of April 7, 2004 9:42 am                     Page 1

Proceedings include all events.
4:04m 1804-ALL USA, et al v. Silva-Lazcano                                              CLOSE

U. S. Attorneys:

   NONE

Proceedings include all events.
4:04m 1804-ALL USA, et al v. Silva-Lazcano                                CLOSE

| | | |
|---|---|---|
| 3/19/04 | -- | DEFENDANT Reniel Silva-Lazcano arrested. Reniel Silva-Lazcano (1) count(s) cmp (rec) [Entry date 04/07/04] |
| 3/19/04 | 1 | DEFENDANT Reniel Silva-Lazcano arrested on warrant from the District of Massachusetts. (rec) [Entry date 04/07/04] |
| 3/19/04 | 2 | ( FILED: 3/22/04) MINUTES: before Mag Judge James C. Carruth . Interpreter: Patrick O'Connor. first appearance of Reniel Silva-Lazcano ; informed of rights, charges, etc.; Dft shall be temporarily detained in the custody of the United States Marshal. Detention and Removal hearing set for 3/23/04 at 9:15am,  Spanish for Reniel Silva-Lazcano. [cc: all cnsl] [2-3] (rec) [Entry date 04/07/04] |
| 3/19/04 | 3 | CJA Form 23 financial affidavit by Reniel Silva-Lazcano (rec) [Entry date 04/07/04] |
| 3/23/04 | 4 | ( FILED: 4/7/04) MINUTES:  before Magistrate Judge Bernardo P. Velasco . Interpreter: Dan Miller. dft Reniel Silva-Lazcano  appears with counsel Michael Paul Patrick Simon. Detention Hearing and Removal Hearing continued to 3/30/04 at 9:15am. [cc: all cnsl] [4-2] (rec) [Entry date 04/07/04] |
| 3/30/04 | 5 | NOTICE of appearance of attorney  for Reniel Silva-Lazcano : Sean H Bruner appears . (rec) [Entry date 04/07/04] |
| 3/30/04 | 6 | ( FILED: 4/7/04) MINUTES:  before Magistrate Judge Charles R. Pyle . Interpreter: Sandy Frady. Detention Hearing held and Removal Hearing waived. Commitment to Another District Issued. It Is Ordered that the Marshal promptly remove dft from the District of Arizona to the charging district. [cc: all cnsl] [6-1] re: [6-1] (rec) [Entry date 04/07/04] |
| 3/30/04 | 7 | Rule 40 identity hearing waived as to Reniel Silva-Lazcano (rec) [Entry date 04/07/04] |
| 3/30/04 | -- | RULE 40 removal warrant issued as to Reniel Silva-Lazcano by Magistrate Judge Charles R. Pyle ; case closed (rec) [Entry date 04/07/04] |

# UNITED STATES DISTRICT COURT

_____DISTRICT OF ARIZONA

FILED MAR 3 0 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

RENIEL SILVA-LAZCANO

COMMITMENT TO ANOTHER DISTRICT

Case Number: 04-01804M-001
Charging District Case Number: 04M-1014-JGD

The defendant is charged with a violation of 21:846; alleged to have been committed in the DISTRICT OF MASSACHUSETTS (BOSTON)

Brief Description of Charge(s): CONSPIRACY TO POSSESS MARIJUANA WITH INTENT TO DISTRIBUTE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

3/30/2004
Date

MAGISTRATE CHARLES R. PYLE
Judicial Officer

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED LODGED
RECEIVED COPY
MAR 30 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America

V.

RENIEL SILVA-LAZCANO

**WAIVER OF RULE 5(c)(3) HEARINGS**
(Excluding Probation Cases)

Case Number: 04-01804M (04M-1014-JGD)

I, RENIEL SILVA-LAZCANO, understand that in the District of **MASSACHUSETTS (BOSTON)** charges are pending alleging violation of 21:846; CONS.TO POSS.MJ WITH INTENT TO DISTRIBUTE and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

[X] identity hearing

[ ] preliminary examination

[ ] identity hearing and have been informed I have no right to a preliminary examination

[ ] identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the District of **MASSACHUSETTS (BOSTON)** in the District of Arizona.

_____
Defendant

3/30/2004

_____
Defense Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

___ LODGED
___ RECEIVED ___ COPY

FILED
APR - 7 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

DATE: 3/30/2004        CASE NUMBER: 04-01804M

USA vs. RENIEL SILVA-LAZCANO

U.S. MAGISTRATE JUDGE: MAGISTRATE CHARLES R. PYLE   Judge #: 70BM

U.S. Attorney James Lacey for Julie Soto        INTERPRETER REQ'D Sandy Frady

Attorney for Defendant Sean Bruner (Retained)

INITIAL APP: ☐ HELD  DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☐ Complaint Filed ☐ DOA ____
☐ Warrant Other District      ☐ Financial Afdvt taken
☐ Warrant Phx Div.            ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends   detention   ; Gov't ☒ concurs ☐ objects
GOVERNMENT recommends   detention

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING:** ☒ Held ☐ Cont'd<br>Set for:<br>before: | **REMOVAL HEARING:** ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☒ **COMMITMENT TO ANOTHER DISTRICT ISSUED** |
| ☒ Defendant Ordered detained pending removal to the District of Massachusetts<br>☐ Gov't withdraws request to detain defendant | ☐ **ORDER BOND** posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the District of Massachusetts, that there is probable cause to believe that this defendant is the Reniel Silva-Lazcano, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER: _____

Copies to:
USA, CNSL, PSA, USM, CRP

RECORDED by SP04-53:882-3705
BY: Barbara Wagner
Deputy Clerk

UNITED STATES DISTRICT COURT     MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 3/23/2004     CASE NUMBER: 04-01804M

USA vs. RENIEL SILVA-LAZCANO

U.S. MAGISTRATE JUDGE: MAGISTRATE BERNARDO P. VELASCO   Judge #: 70BJ

U.S. Attorney Lynette Kimmins for Julie Soto     INTERPRETER REQ'D

Attorney for Defendant Mike Simon (AFPD)

☐ FILED   ☐ LODGED   ☐ RECEIVED   ☐ COPY

APR - 7 2004

CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

INITIAL APP: ☐ HELD    DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED ☒ CUSTODY

☐ Complaint Filed ☐ DOA _____
☐ Warrant Other District
☐ Warrant Phx Div.
☐ Counsel waives reading of the Complaint/Indictment
☐ Financial Afdvt taken
☐ No Financial Afdvt taken

☐ Defendant states true name to be _____.
Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING:** ☐ Held ☒ Cont'd<br>Set for: TUES., MARCH 30, 2004, AT 9:15 AM<br>before: HON. CHARLES R. PYLE | **REMOVAL HEARING:** ☐ Held ☒ Cont'd<br>Set for: TUES., MARCH 30, 2004, AT 9:15 AM<br>before: HON. CHARLES R. PYLE |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ **COMMITMENT TO ANOTHER DISTRICT ISSUED** |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ **ORDER BOND** posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☐ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the _____ , that there is probable cause to believe that this defendant is the ❖_____ , named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☐ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER: _____

Copies to:
USA, CNSL, PSA

RECORDED: SP04-48: 1481-1863
BY: Melodee Horton
Deputy Clerk

DATE: 3/19/04     CASE NUMBER: 04-01804M

Filed: 3/22/04
Clerk U.S. District Court
District Of Arizona
BY: _____ (Deputy)

USA vs. RENIEL SILVA-LAZCANO

U.S. MAGISTRATE JUDGE: MAGISTRATE JAMES C. CARRUTH   Judge #: 70BG

U.S. Attorney Julie Soto _____ INTERPRETER REQ'D Patrick O'Connor

Attorney for Defendant Vicki Brambl for IA Only

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT ☐ NOT PRESENT   ☐ RELEASED ☒ CUSTODY

☒ Complaint Filed  ☒ DOA 3/19/2004     ☒ Warrant Other District     ☒ Financial Afdvt taken
                                       ☐ Warrant Phx Div.            ☐ No Financial Afdvt taken
                                       ☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be __SAME__.
  Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☐ Held ☐ Cont'd<br>Set for: 3/23/2004 at 9:15 AM<br>before: MAGISTRATE JUDGE VELASCO | REMOVAL HEARING: ☐ Held ☐ Waived<br>Set for: 3/23/2004 at 9:15 AM<br>before: MAGISTRATE JUDGE VELASCO |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☐ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the _____, that there is probable cause to believe that this defendant is the _____, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

OTHER: _____

Copies to:
USA, CNSL, PSA

RECORDED: Cass. #CSS
# ____ : ____ to: ____

BY: Beth Harper
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**RENIEL SILVA-LAZCANO**

04-01804 m

**WARRANT FOR ARREST**
Case Number: 04M-1014-JGD

): The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**RENIEL SILVA-LAZCANO**__
                                         Name

d bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  XX COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

HARGING HIM WITH (brief description of offense)

owingly and intentionally conspiring between and among themselves and with
hers to possess with intent to distribute and to distribute a quantity of
rijuana, a Schedule I controlled substance,

violation of _____ United States Code, Section(s) 846

_US Magistrate Judge_
Title of Issuing Officer

March 11, 2004 at Boston, Massachusetts
Date and Location

fixed at $ _____                    BY _____

---

**RETURN**

IS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT

| TE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| TE OF ARREST | | |