UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
04M-1014-JGD

UNITED STATES OF AMERICA

v.

RENIEL SILVA-LAZCANO

## ORDER

May 19, 2004

DEIN, M.J.

A probable cause/detention hearing was scheduled to be held before this court on May 19, 2004. At the hearing, the parties jointly requested a continuance, and the court continued the matter until **June 1, 2004 at 9:30 A.M.**

Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court (effective September 1, 1990), to the extent that the parties, by way of this continuance, seek excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter - relating to the period of time within which an indictment must be brought - must be brought to the miscellaneous business docket under the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, Section II(6)(c)(1).

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge