US

No. 04-01014-JGD

v

Reniel Silva-Lazcano

It is hereby ordered, pursuant to 18 USC §4282, that the US Marshals provide the above-named defendant with airfare from Boston to Tucson, AZ.

Judith Gail Dein
Judith G. Dein
U.S. Magistrate-Judge

June 1, 2004