UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  ) MAGISTRATE-JUDGE'S NO.
                            )   04-01014-JGD
RENIEL SILVA                )
```

### MOTION TO AMEND CONDITIONS OF RELEASE

Defendant Reniel Silva respectfully moves this Court to amend the conditions of his release to permit him to travel from his home in Tucson, Arizona to Hermosillo, Mexico in order to visit his parents, from October 1 through October 3, 2004.

Pretrial Services Officer, Erlie Galindo, who supervises Mr. Silva in Arizona, has told undersigned counsel that she agrees with the amendment.

```
                            RENIEL SILVA
                            By his attorney,

                            /s/ Miriam Conrad

                            Miriam Conrad
                               B.B.O. # 550223
                            Federal Defender Office
                            408 Atlantic Ave., 3rd Floor
                            Boston, MA  02110
                            Tel: 617-223-8061
```