UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  ) MAGISTRATE-JUDGE'S NO.
                            )    04-01014-JGD
RENIEL SILVA                )
```

ASSENTED-TO MOTION TO AMEND CONDITIONS OF RELEASE

Defendant Reniel Silva respectfully moves this Court to amend the conditions of his release to allow him to move from his current address at 1634 Grant Road, Tucson, Arizona to 2000 E. Roger Rd. Apt. E33, Tucson, Arizona 85719.

Assistant U.S. Attorney Rachel Hershfang and Pretrial Services Officer September Brown have told undersigned counsel that they agree with the proposed amendment.

```
                            RENIEL SILVA
                            By his attorney,

                            /s/ Miriam Conrad

                            Miriam Conrad
                               B.B.O. # 550223
                            Federal Defender Office
                            408 Atlantic Ave., 3rd Floor
                            Boston, MA  02110
                            Tel: 617-223-8061
```