UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA   )
                           )
     v.                    ) MAGISTRATE-JUDGE'S NO.
                           )    04-01014-JGD
RENIEL SILVA               )
```

ASSENTED-TO MOTION TO AMEND CONDITIONS OF RELEASE

Defendant Reniel Silva respectfully moves this Court to amend the conditions of his release to allow him to move from his current address at 2000 E. Roger Rd. Apt. E33, Tucson, Arizona 85719 to another, larger apartment in the same building.  His new address would be 2000 E. Roger Rd.  Apt D5, Tucson, Arizona, 85719.

Assistant U.S. Attorney Rachel Hershfang has told undersigned counsel that she agrees with the proposed amendment.

```
                              RENIEL SILVA
                              By his attorney,

                              /s/ Miriam Conrad

                              Miriam Conrad
                                 B.B.O. # 550223
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```